No. 25-1030

In The United States Court of Appeals For The Seventh Circuit

Johnnie B. Rose
Plaintiff-Appellant

v.

Josue Ayala and Joshua Hermann
Defendant-Appellant

Reply Brief.

On September 23, 2025, The Court Granted The Plaintiff-Appellant's Request for Acceptance of Brief

The Clerk reminded the Appellant that his Reply Brief is due by September 26, 2025

The Plaintiff-Appellant believes that his September 2, 2025 brief is sufficient for a Reply to the Defendants Brief. The Plaintiff-Appellant, Therefore Submits No additional information other

them the September 2, 2025 brief which refutes information filed by the defendants.

Dated this 26th day of Sept, 2025

Respectfully Submitted
Johnnie Rose