No. 25-1030

U.S.C.A. — 7th Circuit
RECEIVED
MAR 11 2026

In the United State Court of

Appeals For The seventh Circuit

JOHNNIE B. ROSE,

PLAINTIFF-APPELLANT

V.

JOSUE AYALA, AND JOSHUA HERMANN,

DEFENDANT-APPELLEES

---

**MOTION TO AMEND AND REQUEST TO REMAND BACK TO THE DISTRICT COURT TO APPOINT COUNSEL ON THE BASIS OF NEWLY DISCOVERED PUBLIC NEWS MEDIA REPORTS INVOLVING THE ABOVE-NAMED DEFENDANT JOSUE AYALA**

---

Prior to the District Court dismissing my complaint and my motion to appoint counsel, I asserted to the District Court when filing my amended complaint; that I was being hindered from filing my claim due to the Milwaukee Police failing to properly investigate my citizens complaint, and that I could not get a response from anyone involving the incident.

In addition, on November 4, 2024 I attempted to provide evidence that the Milwaukee Police were covering up the Defendant's misconduct by using fabrications. In addition, due to my mental health I believe that I should have been given an attorney to properly represent the case.

**Newly discovered information** within the Milwaukee Journal and local news Stations and CCAP Records have reported that the above-named defendant has been forced to resign from the

1

police department for misconduct including several incidents of excessive force, false police reports resulting in criminal charges. It was noted in Milwaukee Journal on February 28 2026, that it was not the first time Ayala, who joined the force in 2017, had been accused of dishonesty on the job. In 2022, a Federal Public Defender wrote that Ayala had exaggerated so much in his testimony and reports that it almost seemed "like a compulsion". The Defendant has been disciplined three (3) times as a result of internal investigations. He was recently added to the "Brady/Giglio" list that keeps track of officers who engage in misconduct.

When filing my initial complaints, I attempted to establish to the District Court that the Department was holding back information about the Defendant and that I was delayed from filing my claim because I could not get any response to complaints that I raised against the Defendant Officer Josue Ayala. There is now factual reports showing that the Defendant should have already been removed off the force several years ago, and outside myself he has used extreme excessive force against others. Therefore, due to the seriousness of the recent news reports, and the fact that the Milwaukee police were covering up information to protect the defendant. Certainly, provides reason that this is a case that requires professional counsel.

**WHEREFORE**, based on newly discovered public information cited in the Milwaukee Journal and on WISN 12 News, and Fox Six News. This case should be remand back to the circuit Court with instruction to appoint counsel due to the seriousness of complaints of misconduct involving the Defendant Officer Josue Ayala who has also been forced to resign after charge with 179 stalking charges. Counsel would have protected my civil rights especially seeing that the Defendant has been found to be a corrupt and dishonest member of law enforcement.

Dated This **6th** Day of **March** 2026

Respectfully Submitted:

*Johnnie Rose*

Johnnie B. Rose 174952

John Burke Correctional Center

900 South Madison Street

Milwaukee WI 53963