# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 12, 2026

Before

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 25-1030 | JOHNNIE B. ROSE,<br>                Plaintiff - Appellant<br><br>v.<br><br>JOSUE AYALA and JOSHUA HERMANN,<br>                Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:24-cv-00405-pp<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper | |

Upon consideration of the **MOTION TO AMEND AND REQUEST TO REMAND BACK TO THE DISTRICT COURT TO APPOINT COUNSEL ON THE BASIS OF NEWLY DISCOVERED PUBLIC NEWS MEDIA REPORTS**, filed on March 11, 2026, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED**.