# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 27, 2026

Before

AMY J. ST. EVE, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 25-1030 | JOHNNIE B. ROSE,<br>Plaintiff - Appellant<br><br>v.<br><br>JOSUE AYALA and JOSHUA HERMANN,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:24-cv-00405-pp<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment** (form ID: **132**)