# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 18, 2026

To: Linda M. Klemm
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 25-1030 | JOHNNIE B. ROSE,<br>Plaintiff - Appellant<br><br>v.<br><br>JOSUE AYALA and JOSHUA HERMANN,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:24-cv-00405-pp<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS: No record to be returned